

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00013-CV

In the Interest of M.P., M.P.,D.P., and M.P, children

On Appeal from the
274th District Court of Comal County, Texas
Trial Court Cause No. C2020-1021C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be dismissed in part, and reversed and the cause remanded to the trial court in part. The Court orders the judgment of the trial court DISMISSED IN PART and REVERSED AND REMANDED IN PART, for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellee.

We further order this decision certified below for observance.

May 19, 2022